389 P.3d 942

**Michael PLUMER, Plaintiff-Appellee,**

v.

**Krystyn WARKUS, Defendant-Appellant**

**NO. CAAP-15-0000028**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 24, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (FC-D NO. 09-1-0221)

## SUMMARY DISPOSITION ORDER

Dismissed.